Thomas P. Gmelich, Esq., State Bar No. 166562
 tgmelich@bglawyers.com
Lena J. Marderosian, Esq., State Bar No. 102782
 lmarderosian@bglawyers.com
BRADLEY & GMELICH
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1422
Telephone: (818) 243-5200
Facsimile: (818) 243-5266

Attorneys for Defendants, MICHAEL B. TOTH, an individual and as TRUSTEE OF THE MICHAEL B. TOTH TRUST, and BRETT TOTH

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONALD LE BRANE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL B. TOTH, Individually, and as Trustee of the MICHAEL B. TOTH TRUST, BRETT TOTH, individually, and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No.: CV11-9433 ~~PSG~~JGB(Ex) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON** <br><br> [F.R.C.P. Rule 41(a)(1)(B)] <br><br> *(Assigned to the Hon. Jesus G. Bernal)* <br><br> Trial Date: February 12, 2013 (Vacated) |

IT IS HEREBY STIPULATED by and between the parties of this action, through their designated counsel, that the above-captioned action be and hereby is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(B).

This Stipulation and Order may be signed in counter-parts.

Dated: February 14 2013        Kerendian & Associates, Inc.

                               By: /s/ Shab D. Kerendian, Esq.

                               Attorneys for Plaintiff, Ronald Le Brane

---

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

Dated: February 19, 2013                BRADLEY & GMELICH

By: _____
Thomas P. Gmelich
Lena J. Marderosian

Attorneys for Defendants, MICHAEL B. TOTH, an individual and as TRUSTEE OF THE MICHAEL B. TOTH TRUST, and BRETT TOTH

Dated: February 21, 2013                Law Offices of Linda M. Libertucci

By: _____
Judd R. Allen, Esq.

Attorneys for Defendants, MICHAEL B. TOTH, an individual and as TRUSTEE OF THE MICHAEL B. TOTH TRUST, and BRETT TOTH

## ORDER

UPON AGREEMENT OF THE PARTIES, IT IS ORDERED that the above-captioned action is hereby dismissed, with prejudice.

JS-6

Dated: February 26, 2013        _____
Hon. Jesus G. Bernal, Judge
UNITED STATES DISTRICT COURT

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON